

Law Offices of Malcolm W. Ruthven
4040 Civic Center Dr. - Suite 200
San Rafael, CA 94903
415-342-4666
mruthven@mruthvenlaw.com
Attorney for Debtor

Signed and Filed: June 5, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| *In re* | Case No. 19-30536 |
|---|---|
| Cevera Technology Group, Inc. | Chapter 7 |
| *Debtors* | |

## ORDER GRANTING MOTION TO EXTEND TIME
## FOR COMPLETION OF FILING

Based on the EX PARTE MOTION TO EXTEND TIME FOR COMPLETION OF FILING submitted on June 4, 2019,

IT IS ORDERED that the Debtors shall have through June 26, 2018, to complete the filing of the missing documents. If the required documents are not filed on or before the extended deadline, the court may dismiss the case without further notice.

** END OF ORDER **

** COURT SERVICE LIST **

E. Lynn Schoenmann
35 Miller Ave. #298
Mill Valley, CA 94941-1903

Office of the U.S. Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102