Form NDC

# UNITED STATES BANKRUPTCY COURT
# Northern District of California

| In Re: | Cevera technology group, Inc. | Case No.: 19–30536 DM 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Granting Motion to Extend Time for Completion of Filing , filed on June 5, 2019 . Therefore, it is ordered that this case be **dismissed**.

Dated: 7/1/19

By the Court:

Dennis Montali
United States Bankruptcy Judge